```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0065--CR (JKS)
                  "USA V HURIST JOUBERT"
                  DEF 1.1 JOUBERT, HURIST

In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 06/18/97
             Closed: 09/07/99
   No. of Defendants: 1
      MJ Case Number: A97-0044--MJ
                 AKA:
     Location status: U.S. Custody
          Trial date: 07/07/99
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Mary C. Geddes
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3408
                     Serve: YES
                      Type: FPD
                      Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Audrey J. Renschen
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 JOUBERT, HURIST

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -    1 IND | 1 | 21:841(a)(1) Distribution of a Controlled Substance (F) | Dismissed (91-1) |
| 1 -    1 IND | 2 | 21:841(a)(1) Distribution of A Controlled Substance (F) | Dismissed (91-1) |
| 1 -    1 IND | 3 | 21:841(a)(1) Distribution of a Controlled Substance (F) | Sentenced (100-1) |
| 1 -    1 IND | 4 | 21:841(a)(1) Distrubition Of a Controlled Substance (F) | Sentenced (100-1) |
| 1 -    1 IND | 5 | 21:841(a)(1) Distribution of a Controlled Substance (F) | Sentenced (100-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0065--CR (JKS)
                              "USA V HURIST JOUBERT"
                            DEF 1.1 JOUBERT, HURIST

   In public format, including terminated defendants, excluding terminated counsel
```

| 1 - | 1 IND | 6 | 21:841(a)(1) Possession With Intent to Distribute a Controlled Substance (F) | Sentenced (100-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                                "USA V HURIST JOUBERT"

                      In public format, for all filing dates
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/18/97
            Closed: 09/07/99
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/18/97 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/19/97 | [Re: DEF 1] JDR Grand Jury Minutes; No bail set (det per 18:3142); set for arrng & notify USM; deft in Fed Custody. |
| 3 - 1 | 06/19/97 | [Re: DEF 1] Documents transferred from: A97-0065 CR (JKS); crt min of i/a on complt, 6/12/97; fin aff, 6/12/97; order of det pending trial, 6/12/97; return of WOA exectued 6/16/97, court min of det hrg, 6/18/97, order of temp det hrg, 6/18/97. |
| 4 - 1 | 06/19/97 | [Re: DEF 1] AHB Minute Order that arrgn is set 11:00 a.m, 6/19/97; hrgs set in A97-0044 MJ (AHB) are vacated.  cc USA, S. Sterling, USM, PO. |
| 5 - 1 | 06/19/97 | [Re: DEF 1] CJA appointment - S. Sterling. |
| 6 - 1 | 06/20/97 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of arrgn on indictment hld 6/19/97; deft plead not guilty; def detained, det hrg set 2:00 p.m., 6/24/97; ptms due 6/27/97, def's mot for addt'l time to file ptms granted.  cc USA, S. Sterling, USM, PO. |
| 7 - 1 | 06/20/97 | [Re: DEF 1] AHB Order of Detention Pending Hearing; hrg set 2:00 p.m., 6/24/97.  cc USA, S. Sterling, PO, USM. |
| 8 - 1 | 06/20/97 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 7/21/97.  cc USA, S. Sterling |
| 9 - 1 | 06/23/97 | [Re: DEF 1] Amended AHB Court Minutes [ECR: Linda Christensen] arraignment, held 6-19-97; S. Sterling appt as CJA cnsl; pled NG; detained; det hearing set for 6-24-97 at 2:00; PTMs due 7-21-97; def mot to file PTMs by 7-21-97 granted. cy USA, USM, PTS, S. Sterling |
| 10 - 1 | 06/23/97 | DEF 1 Attorney Appearance of S. Sterling. |
| 11 - 1 | 06/23/97 | DEF 1 motion (request) for notice of government's intention. |
| 12 - 1 | 06/23/97 | DEF 1 motion (request) for rule 16 Discovery. |
| 13 - 1 | 06/23/97 | DEF 1 motion to disclose identity and location of confidential cooperating source & contents of all government communications therewith w/att memo, exh. |
| 14 - 1 | 06/23/97 | DEF 1 motion to preserve rough notes of government agents w/att memo |
| 15 - 1 | 06/23/97 | {SEALED} |
| NOTE - 1 | 06/24/97 | Issued: notice of Speedy Trial Act Deadlines. |
| 16 - 1 | 06/24/97 | DEF 1 Notice of waiver of detention hearing and request to vacate. |

ACMS: R_RDSDI            As of 02/27/06 at 3:43 PM by CWILTS                Page 1

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                                "USA V HURIST JOUBERT"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 06/26/97 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc USA, S. Sterling, PO, USM. |
| 18 - 1 | 06/26/97 | {SEALED} |
| 19 - 1 | 06/26/97 | [Re: DEF 1] JKS Order that TBJ is set 9:00 a.m, 8/11/97; FPTC set 4:00 p.m., 8/6/97.  cc USA, S. Sterling, PO, USM, JC |
| 19A- 1 | 06/26/97 | [Re: DEF 1] PLF 1 Stipulation/Certification of discovery. |
| 20 - 1 | 06/30/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (request) for notice of government's intention. (11-1), DEF 1 motion (request) for rule 16 Discovery. (12-1), DEF 1 motion to preserve rough notes of government agents w/att memo (14-1). |
| 21 - 1 | 07/17/97 | [Re: DEF 1] AHB Order denying motion (request) for notice of government's intention. (11-1), motion to disclose identity and location of confidential cooperating source & (13-1); granting motion (request) for rule 16 Discovery (12-1), motion to preserve rough notes of government agents (14-1).  cc USA, S. Sterling. |
| 22 - 1 | 07/21/97 | DEF 1 motion to dismss indictment or in the alternative for production of transcript of grand jury proceedings w/att memo in support. |
| 23 - 1 | 07/21/97 | DEF 1 motion to suppress evidence w/att memo in support & exhs. |
| 23 - 2 | 07/21/97 | DEF 1 motion for leave to present evidence w/att memo in support & exhs. |
| 24 - 1 | 07/21/97 | DEF 1 motion for "FRANKS" hearing. |
| 25 - 1 | 07/21/97 | DEF 1 motion to continue pretrial dates w/att memo in support. |
| 25 - 2 | 07/21/97 | DEF 1 motion to continue trial date w/att memo in support. |
| 26 - 1 | 07/22/97 | [Re: DEF 1] JKS Minute Order re Hearing re defendant's motion to continue trial date is set for 7/23/97 at 9:00 a.m. in crt rm #3. |
| 27 - 1 | 07/23/97 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: deft motion to cont trial [7/23/97] granting motion to continue trial date (25-2); TBJ set for 8/11/97 is vacated and reset for 10/14/97; length of trial approx. 5-7dys; fnal pretrial conf previously set for 8/6/97 is vacated and reset for 10/7/97; deft cnl referred to MJ for purposes of requesting ext of time for filing pretrial mts. cc: AUSA, Sterling, JC, USM, PTS, MJ Branson |
| 28 - 1 | 07/23/97 | DEF 1 Appeal from Magistrate Judge's Order [objection to MJ decision and appeal of decision to USDJ]. |
| 29 - 1 | 07/24/97 | [Re: DEF 1] AHB Minute Order granting motion to continue pretrial dates (25-1); ptms shall be filed before COB 8/11/97.  cc USA, S. Sterling |
| 30 - 1 | 07/28/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismss indictment or in the alternative for production of transcript of grand jury proceedings (22-1), DEF 1 motion to suppress evidence (23-1), DEF 1 motion for leave to present evidence (23-2), DEF 1 motion for "FRANKS" hearing. (24-1) w/att exh. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                 "USA V HURIST JOUBERT"

            In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 31 - | 1 | 08/18/97 | [Re: DEF 1] JKS Order re Appeal from MJ Order at #21; that US to file a response to the appeal or a stmt that it wishes to rely upon it's memo at #20 on/before noon 8/25/97; crt to decide appeal shortly thereafter. cc USA, S. Sterling, MJ AHB. |
| 32 - | 1 | 08/25/97 | [Re: DEF 1] PLF 1 Response to Order to notify deft about evidence. |
| 33 - | 1 | 08/28/97 | Initial R&R recommends denying re: DEF 1 motion to dismss indictment or in the alternative for production of transcript of grand jury proceedings w/att memo in support. (22-1). Objections due 09/16/97. Reply due 09/29/97. cc USA, S. Sterling, JKS. |
| 33 - | 2 | 08/28/97 | Initial R&R recommends denying re: DEF 1 motion to suppress evidence w/att memo in support & exhs. (23-1). Objections due 09/16/97. Reply due 09/29/97. cc USA, S. Sterling, JKS. |
| 33 - | 3 | 08/28/97 | Initial R&R recommends denying re: DEF 1 motion for leave to present evidence w/att memo in support & exhs. (23-2). Objections due 09/16/97. Reply due 09/29/97. cc USA, S. Sterling, JKS. |
| 33 - | 4 | 08/28/97 | Initial R&R recommends denying re: DEF 1 motion for "FRANKS" hearing. (24-1). Objections due 09/16/97. Reply due 09/29/97. cc USA, S. Sterling, JKS. |
| 34 - | 1 | 09/08/97 | [Re: DEF 1] JKS Minute Order, decision of MJ at #21 is affirmed.  cc: USA, S. Sterling, MJ AHB. |
| 35 - | 1 | 09/16/97 | DEF 1 objection to R&R re: DEF 1 motion to dismss indictment or in the alternative for production of transcript of grand jury proceedings w/att memo in support. (22-1), DEF 1 motion to suppress evidence w/att memo in support & exhs. (23-1), DEF 1 motion for leave to present evidence w/att memo in support & exhs. (23-2), DEF 1 motion for "FRANKS" hearing. (24-1). |
| 36 - | 1 | 09/30/97 | Final R&R re: DEF 1 motion to dismss indictment or in the alternative for production of transcript of grand jury proceedings. (22-1), DEF 1 motion to suppress evidence. (23-1), DEF 1 motion for leave to present evidence. (23-2), DEF 1 motion for "FRANKS" hearing. (24-1). MJ declines to modify recommendation. cc: USA, S. Sterling, Judge Singleton. |
| 37 - | 1 | 10/06/97 | [Re: DEF 1] JKS Order denying motion to dismss indictment or in the alternative for production of transcrip (22-1), motion to suppress evidence (23-1), motion for leave to present evidence (23-2), motion for "FRANKS" Hearing (24-1).  cc USA, S. Sterling, MJ AHB. |
| 38 - | 1 | 10/07/97 | [Re: DEF 1] PLF 1 Trial Brief w/att exhs. |
| 39 - | 1 | 10/07/97 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 40 - | 1 | 10/07/97 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 41 - | 1 | 10/07/97 | DEF 1 Trial Brief. |
| 42 - | 1 | 10/07/97 | DEF 1 Questions for Court's General Voir Dire and Request for Attorney-Conducted Voir Dire. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                          "USA V HURIST JOUBERT"

                   In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 43 - 1 | 10/07/97 | DEF 1 Proposed Jury Instructions |
| 44 - 1 | 10/08/97 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] of FPTC (hld 10/7/97); def's rqst to postpone trial DENIED; def's rqst to cont FPTC GRANTED; def to rqst hrg no later than 10/10/97; def's rqst for in-camera hrg re counsel DENIED; matter referred to AHB for rec to JWS or HRH; crt to sch this hrg w/MJ AHB 10/8/97. cc USA, S. Sterling, JWS, HRH, AHB. |
| 45 - 1 | 10/08/97 | [Re: DEF 1] AHB Minute Order that ex-parte hrg is set 10/8/97 at 3:00 p.m  cc S. Sterling, USM. |
| 47 - 1 | 10/08/97 | {SEALED} |
| 46 - 1 | 10/09/97 | [Re DEF 1] Excludable delay Statement re motion to dismiss (22-1) and motion to suppress (23-1) from 7/21/97 to 10/6/97 for a total of 78 days (Code E). |
| 48 - 1 | 10/09/97 | {SEALED} |
| 49 - 1 | 10/10/97 | [Re: DEF 1] JKS Minute Order Final pretrial conference set for 10/14/97 at 8:30. cc: J. Barkeley, S. Sterling, USM, PO |
| 50 - 1 | 10/15/97 | {SEALED} |
| 51 - 1 | 10/15/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] of TBJ Day 1 (PCOP)(Hld 10/14/97); TBJ Day 2/PCOP set for 10/15/97 at 9:30 a.m. |
| 52 - 1 | 10/15/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] of TBJ day 2 (PCOP) hld 10/15/97; def entered plea of guilty to cts 1-6 of indictment; IOS set 8:30 a.m, 2/11/98; TBJ vacated. cc USA, S. Sterling, PO, USM. |
| 53 - 1 | 10/30/97 | [Re: DEF 1] Transcript re: TBJ 1st day 10/14/97. |
| 54 - 1 | 10/31/97 | [Re: DEF 1] Transcript TBJ 2nd day/PCOP 10/15/97. |
| 55 - 1 | 11/06/97 | DEF 1 motion (ex parte) to unseal record for transcription of pretrial conference and hearing. |
| 55 - 2 | 11/10/97 | [Re: DEF 1] JKS Order granting motion to unseal record for transcription of pretrial conference and hearing (55-1) . cc: Sterling |
| 56 - 1 | 12/08/97 | [Re: DEF 1] Transcript ref final pretrial conf held 10-7-97. |
| 57 - 1 | 12/08/97 | [Re: DEF 1] Transcript (partial) ref ex parte hearing held 10-8-97. |
| 58 - 1 | 12/15/97 | CJA payment; copy 2; $156.00 w/ att invoice. |
| 59 - 1 | 02/03/98 | [Re: DEF 1]  Unopposed Motion to continue IOS from 2/11/98 to 3/10/98 w/att aff. |
| 59 - 2 | 02/04/98 | [Re: DEF 1] JKS Order granting docket #59-1; sentenceing reset for 3/10/98 at 8:30 a.m. cc: USA, S. Sterling, USM, PO. |
| 60 - 1 | 03/04/98 | DEF 1 Sentencing Memorandum. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                            "USA V HURIST JOUBERT"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 61 - | 1 | 03/04/98 | [Re: DEF 1] PLF 1 motion on shortened time to accept late-filed [1day] sentencing memorandum w/att memo. |
| 61 - | 2 | 03/04/98 | [Re: DEF 1] JKS Order granting motion on shortened time to accept late-filed [1day] sentencing memorandum. (61-1) cc: USA, S. Sterling, MJ Branson, PO. |
| 62 - | 1 | 03/05/98 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exhs. |
| 63 - | 1 | 03/05/98 | DEF 1 motion to dismiss evidence. |
| 63 - | 2 | 03/05/98 | DEF 1 motion to withdraw plea for failure to provide assistance of counsel and conflict of interest. |
| 64 - | 1 | 03/10/98 | DEF 1 Notice of appeal (see below) |
| 64 - | 2 | 03/10/98 | DEF 1 appeal to 9CCA of (66-1) filed 03/17/98. cc:cnsl, Judge, 9CCA 98-30092 |
| 65 - | 1 | 03/16/98 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] of IOS held 3/10/98; imprisonment for 262 months; supervised release for a period of 8 years; court to notify FPD to appoint new attorney for appeal. cc: FPD (CJA Clerk) |
| 66 - | 1 | 03/17/98 | [Re: DEF 1] JKS Judgment; imprisonment for 262 months; def is remanded to custody; supervised release for 8 years; special assessment of $600.00.  cc:USA, S. Sterling, Def w/cnsls copy, USM, PO, Carmen, MJ Branson, Finance. |
| 67 - | 1 | 03/18/98 | [Re: DEF 1] JKS Order denying motion to dismiss evidence (63-1), motion to withdraw plea for failure to provide assistance of counsel and (63-2). cc: USA, S. Sterling |
| 68 - | 1 | 03/18/98 | [Re: DEF 1] Copy of 9CCA Time Schedule Order.  cc: cnsl, ECR, 9CCA (orig). |
| 69 - | 1 | 03/23/98 | [Re: DEF 1] CJA appointment of & authority to pay crt appointed cnsl. |
| 70 - | 1 | 03/27/98 | [Re: DEF 1] Transcript re: IOS held 3/10/98 [transcripts located in brown folded]. |
| 71 - | 1 | 04/20/98 | DEF 1 Transcript Designation.  cc: ECR w/Order Form & CJA 24. |
| 72 - | 1 | 04/23/98 | Cy 9CCA Certificate of Record.  cc: cnsl, 9CCA (orig). |
| 73 - | 1 | 07/08/98 | Return of service of judgment re: def delivered 6/4/98 to Florence, CO. |
| NOTE - | 2 | 10/22/98 | Notation: Entire record consisting of (4) Vols original clerk's file; (1) Vol sealed file; and (3) Vols reporter's transcripts forwarded to 9CCA. |
| 74 - | 1 | 03/26/99 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (64-2) that the district court's decision is AFFIRMED in part; VACATED in part, and REMANDED.  cc: cnsl, Judge Singleton. |
| 75 - | 1 | 04/13/99 | [Re: DEF 1] JKS Order re Scott Sterling is reappointed to represent def at trial; TBJ set for 5/17/99 at 9:00 a.m.; FPD set doe 5/17/99 at 8:30 |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                                  "USA V HURIST JOUBERT"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | a.m.; trial briefs due 5/12/99. cc: USA, S. Sterling, USM, USPO, MJ Branson, JC, FPD CJA Clerk |
| NOTE - | 3 | 04/14/99 | Notation: Entire record consisting of (4) Vols original clerks' files; (1) Vol sealed file; and (3) Vols transcripts received from 9CCA. |
| 76 - | 1 | 04/15/99 | DEF 1 motion to withdraw as counsel w/att aff of cnsl. |
| 77 - | 1 | 04/15/99 | DEF 1 motion to shorten time to consider motion to withdraw. |
| 78 - | 1 | 04/15/99 | [Re: DEF 1] JWS Order granting motion to withdraw as counsel (76-1), motion to shorten time to consider motion to withdraw (77-1). FPD is directed to immediately select & appoint counsel from the CJA panel for purposes of representing def at trial. cc: J. Barkeley, S. Sterling, FPD, USM, USPO, MJ Branson |
| 79 - | 1 | 04/19/99 | [Re: DEF 1] CJA appointment of R. Butler. |
| 80 - | 1 | 04/22/99 | DEF 1 Attorney Appearance R. Butler. |
| 81 - | 1 | 05/04/99 | DEF 1 motion for continuance of trial schedule for 05/17/99 w/att aff of cnsl. |
| 81 - | 2 | 05/04/99 | DEF 1 motion on shortened time re: 81-2 w/att aff of cnsl. |
| 82 - | 1 | 05/05/99 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for continuance of trial schedule for 05/17/99 (81-1). |
| 83 - | 1 | 05/06/99 | [Re: DEF 1] JKS Minute Order granting motion on shortened time re: 81-2 (81-2); hrg re mot for cont of TBJ (81-1) is set 5/10/99 at 11:30 a.m. cc: USA, R. Butler, USM, PO |
| 84 - | 1 | 05/12/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re Hrg re def's motion for cont of trial (Dkt 81) (hld 5/10/99) granting motion for continuance of trial (81-1); TBJ set for 5/17/99 is VACATED & RESET for 7/7/99; Crt dircted USM to locate def & inform cnsl; FPTC set for 5/17/99 is VACATED and RESET for 6/30/99 at 8:30 a.m. cc: USA, R. Butler, USM, USPO, JC, MJ Branson |
| 85 - | 1 | 07/01/99 | DEF 1 motion to suppress w/att aff of cnsl. |
| 86 - | 1 | 07/06/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] of FPTC (held 7/2/99); def cnsl to file mot to suppress by 7/1/99; govt cnsl to reply orally at trial; govt's oral mot to cont trial denied; proceedings continued to sealed record. |
| 87 - | 1 | 07/06/99 | {SEALED} |
| 88 - | 1 | 07/06/99 | [Re: DEF 1] JKS Order denying motion to suppress (85-1). cc: USA, R. Butler, MJ Branson, USM, PO |
| 89 - | 1 | 07/06/99 | PLF 1[Re: DEF 1] 21 USC Section 851 Notice. |
| 90 - | 1 | 07/06/99 | [Re: DEF 1] PLF 1 motion to dismiss pursuant to Fed.R.Crim.P. 48(a). |
| 91 - | 1 | 07/07/99 | [Re: DEF 1] JKS Judgment of Discharge dismissed or Other count(s) 1,2 of the Indictment (1-1). cc: USA, R. Butler, USM, PO, MJ Branson |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                               "USA V HURIST JOUBERT"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 91 - | 2 | 07/07/99 | [Re: DEF 1] JKS Order granting motion to dismiss pursuant to Fed.R.Crim.P. 48(a) (90-1) |
| 92 - | 1 | 07/07/99 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] of TBJ day 1 held 07/07/99: DEF's oral mot to vacate TBJ & set TBC granted.  TBC set for 07/08/99 at 9:00 a.m.  Crt directed clk to have jury administrator rlease jurors.  DEF waived any impropriety issues.  cc: USA, R. Butler, Jury Clk, USM, PO |
| 93 - | 1 | 07/09/99 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] of TBC day 1 held 07/08/99: Crt convened 9:30 a.m. Crt stated findings; def guilty as to counts 3, 4, 5, & 6 of the indictment.  IOS set for 08/27/99 at 8:30 a.m. At 2:40 p.m. court adjourned.  Wit/exh list attached to crt minutes.  cc: USA, R. Butler, USM, PO |
| 94 - | 1 | 08/20/99 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exhs. |
| 95 - | 1 | 08/23/99 | [Re: DEF 1] PLF 1 amended certificate of service re: govt sentencing memo at dkt 94-1. |
| 96 - | 1 | 08/25/99 | DEF 1 Sentencing Memorandum. |
| 97 - | 1 | 08/27/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] def's oral mot to cont IOS GRANTED; IOS set 8/27/99 is vacated and reset to 4:00 p.m., 9/1/99.  cc: USA, R. Butler, USM, PO |
| 98 - | 1 | 08/30/99 | DEF 1 motion for continuance of sentencing set for September 1, 1999 w/att aff. |
| 98 - | 2 | 08/30/99 | DEF 1 motion on shortened time re: motion for continuance of sentencing set for 9/1/99 w/att aff. |
| 99 - | 1 | 08/31/99 | [Re: DEF 1] JKS Order granting motion for continuance of sentencing set for September 1, 1999 (98-1), motion on shortened time re: motion for continuance of sentencing set for (98-2). IOS RESET for 9/3/99 at 11:00 a.m. cc: USA, R. Butler, USM, USPO |
| 100 - | 1 | 09/07/99 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 3,4,5,6 of the Indictment (1-1); 210 mos imprisonment; 8 yrs SR; $400 SA.  cc: USA, R. Butler, USM, PO, MJ Branson |
| 101 - | 1 | 09/08/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble/Bonnie Boyer] IOS held 9/3/99; sent 210 mo; supervised release 8 years; SA $400. |
| 102 - | 1 | 09/08/99 | DEF 1 appeal to 9CCA of (100-1) filed 09/07/99. cc: cnsl, Judge, 9CCA |
| 103 - | 1 | 09/09/99 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (102-1) cc: cnsl, 9CCA (orig). |
| 104 - | 1 | 09/17/99 | [Re: DEF 1] Partial Transcript re: IOS [held 9/3/99]. |
| 105 - | 1 | 10/06/99 | DEF 1 Transcript Designation re: notice of appeal (102-1). cc: ecr w/Order Form & CJA 24. |
| 106 - | 1 | 10/07/99 | [Re: DEF 1] PLF 1 appeal to 9CCA of (100-1) filed 09/07/99. cc:  cnsl, Judge, 9CCA, Marshal, Probation |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                               "USA V HURIST JOUBERT"

                         In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 107 - | 1 | 10/13/99 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (106-1) cc: cnsl, 9CCA (orig) |
| 108 - | 1 | 10/19/99 | Return of judgment executed 10/02/99. |
| 109 - | 1 | 10/21/99 | [Re: DEF 1] Partial Transcript of IOS held 9/3/99. |
| 110 - | 1 | 11/17/99 | [Re: DEF 1] Transcript of TBJ day 1 held 07/07/99. |
| 111 - | 1 | 11/17/99 | [Re: DEF 1] Transcript of TBC day 1 held 07/08/99 [located in expando near file]. |
| 112 - | 1 | 11/17/99 | [Re: DEF 1] Transcript of FPTC held 06/30/99. |
| 113 - | 1 | 11/17/99 | {SEALED} |
| 114 - | 1 | 12/01/99 | [Re: DEF 1] CJA 24 authorization for payment of transcript in amount of $510 w/att exh (invoice). |
| 115 - | 1 | 01/25/00 | [Re: DEF 1] cy 9CCA Certificate of Record. (102-1) cc: cnsl, 9CCA (orig) |
| NOTE - | 4 | 06/23/00 | Transmittal: Forwarded D.C. record to 9CCA consisting of (5) Vols original clerk's file; (4) transcripts and (1) sealed file. |
| 116 - | 1 | 01/08/01 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (102-1), (106-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Singleton |
| NOTE - | 5 | 04/16/01 | Notation: Recieved original case file consisting of 5 vols from the 9CCA. |
| NOTE - | 6 | 04/20/01 | Notation (re: Appeal): Record received from 9CCA - (1) sealed file & (3) transcripts in expando file. |
| 117 - | 1 | 05/14/01 | DEF 1 motion to correct a sentence pursuant to 18 U.S.C. Section 3582(c)(2). |
| 118 - | 1 | 06/11/01 | [Re: DEF 1] JKS Order re: Clerk to serve the US Attorney with a copy of the motion to correct sentence & this order. The US Attorney shall file an answer or responsive pleading by 7/9/01. Joubert to serve the US Attorney with all future filings. cc: USA w/ copy of motion, Def w/Pro Se Handbook |
| 119 - | 1 | 07/09/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to correct a sentence pursuant to 18 U.S.C. Section 3582(c)(2) (117-1). |
| 120 - | 1 | 07/10/01 | DEF 1 motion for judicial notice. |
| 121 - | 1 | 07/16/01 | [Re: DEF 1] PLF 1 Acknowledgment of def's mot for judicial notice. |
| 122 - | 1 | 07/30/01 | DEF 1 reply to opposition to DEF 1 motion to correct a sentence pursuant to 18 U.S.C. Section 3582(c)(2). (117-1) |
| 123 - | 1 | 08/07/01 | [Re: DEF 1] JKS Order denying motion to correct a sentence pursuant to 18 U.S.C. Section 3582(c)(2) (117-1), motion for judicial notice (120-1). cc: USA, H. Joubert |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
             "USA V HURIST JOUBERT"

         In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 124 - | 1 | 08/21/01 | DEF 1 motion for reconsideraton of 8/7/01 denial of petitioner's application pursuant to 18:3582. |
| 124 - | 2 | 08/28/01 | [Re: DEF 1] JKS Order denying motion for reconsideraton of 8/7/01 denial of petitioner's application pursua (124-1). cc: USA, H. Joubert |
| 125 - | 1 | 09/17/01 | DEF 1 appeal to 9CCA of (124-2) filed 08/28/01. cc:cnsl, H. Joubert, Judge Singleton, 9CCA |
| NOTE - | 7 | 09/18/01 | Transmittal: Forwarded notice of appeal (125-1) to 9CCA. |
| 126 - | 1 | 09/18/01 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (125-1) cc:cnsl, H. Joubert, Judge Singleton, ECR, 9CCA (original) |
| 127 - | 1 | 12/07/01 | [Re: DEF 1] Copy of Order from 9CCA that the appeal is deemed filed as of 09/07/01 and is timely. This court's 10/17/01 default order is vacated. The briefing sch shall remain in effect. (125-1) cc:cnsl, H. Joubert, Judge Singleton |
| 128 - | 1 | 04/23/02 | DEF 1 petition under 28 USC 2255 To Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody. |
| 129 - | 1 | 05/22/02 | [Re: DEF 1] JKS Order this action is dismissed w/out prejudice; terminating in light of this order: motion petition Under 28 USC 2255 To Vacate, Set Aside, or Correct Sentence (128-1). cc: USA, H. Joubert, MJ Branson, PSLC |
| 130 - | 1 | 05/24/02 | [Re: DEF 1] JKS Judgment that 2255 is dismissed w/o prejudice. cc: USA, H. Joubert, USM, USPO, MJ Branson |
| NOTE - | 8 | 07/08/02 | Transmittal: Forwarded D.C. record to 9CCA consisting of (5) vol of clk's record, (1) sealed vol, & (1) expando containing dkt#'s 53,54,70. |
| NOTE - | 9 | 08/13/02 | Notation (re: Appeal): ntc that 9CCA received files. |
| 131 - | 1 | 08/29/02 | [Re: DEF 1] 9CCA Judgment/Final Order w/memo re: notice of appeal (125-1) that the district court's decision is AFFIRMED. |
| 132 - | 1 | 11/27/02 | [Re: DEF 1] Copy of Order from 9CCA that mandate (8/21/02) is recalled. The mandate was issued prematurely. (125-1) cc:H. Joubert, USA, Judge Singleton |
| 133 - | 1 | 01/14/03 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (125-1) that the district court's decision is AFFIRMED. cc: A. Renschen (AUSA), H. Joubert, USPO, USM, Judge Singleton |
| 134 - | 1 | 12/17/03 | [Re: DEF 1] Copy of Order from 9CCA. (125-1) cc:USA,H. Joubert, Judge Singleton |
| NOTE - | 10 | 08/18/04 | Notation (re: Appeal): Rec'd from 9CCA USDC record consisting of 5 original case file vols (unsealed), 1 sealed case file vol and 1 expando folder. |
| 135 - | 1 | 09/13/04 | DEF 1 motion to vacate, set aside, or correct sentence (28:2255) w/att exh. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                              "USA V HURIST JOUBERT"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 136 - 1 | 10/15/04 | [Re: DEF 1] JWS Order directing service and response; clerk to cy USA w/dkt 135; request for appointed cnsl/notice of intent to proceed w/o cnsl due 11/12/04; clerk to provide def w/USDCA40, notice of intent to proceed w/o cnsl and pro se handbook; USA answer/reponsive pleading due 12/13/04; if cnsl is appointed new ddlns may be set; case referred to MJ Branson per LMJR 4(5).  cc: USA, H. Joubert (w/USDCA40, Notice of intent to proceed w/o cnsl and pro se handbook), MJ Branson, PSLC (*redistributed to H. Joubert 11/1/04) |
| 137 - 1 | 10/25/04 | DEF 1 Address Change Notice. |
| 138 - 1 | 10/28/04 | [Re: DEF 1] AHB Minute Order that crt is in rcpt of correspondence from def; letter construed as notice of change of address; clerk directed to docket letter accordingly; def reminded all communications w/crt should be made in form of motion.  cc: USA (w/cy of dkt 137), Def |
| 139 - 1 | 11/29/04 | DEF 1 motion to file late motion for appointment of counsel w/att application for appointment of counsel. |
| 140 - 1 | 11/29/04 | DEF 1 Notice of change of address. |
| 141 - 1 | 12/06/04 | [Re: DEF 1] PLF 1 motion for ext of time (to 1/27/04) to file answer to def's 28:2255. |
| 142 - 1 | 12/07/04 | [Re: DEF 1] AHB Order granting mot to file late mot for appt of cnsl (139-1); appl for appt of cnsl granted; FPD to designate cnsl; cnsl to file notice of appear; amended 2255 pet or notice of none due 1/7/05; USA ans due 2/25/05; govt mot for ext of time denied as moot (141-1). cc: USA, H. Joubert, FPD (CJA Clk) |
| 143 - 1 | 12/07/04 | DEF 1 motion (application) for appointment of counsel w/att aff. |
| 144 - 1 | 12/09/04 | DEF 1 Attorney Appearance of M. Geddes (FPD). |
| 145 - 1 | 01/07/05 | DEF 1 Unopposed motion for ext of time (to 3/4) to submit amended petition. |
| 146 - 1 | 01/11/05 | [Re: DEF 1] AHB Order granting unopposed motion for ext of time until 3/4/05 to submit amended petition (145-1), The governments oppo is due by 4/15/05. |
| 147 - 1 | 03/01/05 | DEF 1 Unopposed motion for extension of time until 4/4/05 to file amended petition. |
| 148 - 1 | 03/03/05 | [Re: DEF 1] AHB Order granting Unopposed motion for extension of time until 4/4/05 to file amended petition (147-1). Government's oppo is due by 5/13/05.  cc: AUSA, FPD |
| 149 - 1 | 04/05/05 | DEF 1 motion to accept late-filed motion for an ext of time to file amended petition. |
| 150 - 1 | 04/07/05 | [Re: DEF 1] AHB Order granting motion to accept late-filed motion for an ext of time to file amended petition (149-1). cc: AUSA, FPD |
| 151 - 1 | 04/07/05 | DEF 1 motion for extension of time to file amended petition. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                                    "USA V HURIST JOUBERT"

                             In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 152 - 1 | 04/07/05 | [Re: DEF 1] AHB Order granting motion for extension of time to file amended petition (151-1). Amended petition is due on 4/18/05. cc: AUSA, FPD |
| 153 - 1 | 04/19/05 | DEF 1 motion to accept one day late att unoppo mot for an ext of time to file amended 2255. |
| 154 - 1 | 04/21/05 | [Re: DEF 1] AHB Order granting motion to accept one day late att unoppo mot for an ext of time to file amended petition (153-1). cc: cnsl |
| 155 - 1 | 04/21/05 | DEF 1 Unopposed motion for additional extension of time (one week) to file amended petition. |
| 156 - 1 | 04/22/05 | [Re: DEF 1] AHB Order granting Unopposed motion for additional extension of time (one week) to file amended petition (155-1). cc: AUSA, FPD |
| 157 - 1 | 04/25/05 | DEF 1 motion to allow one additional day for filing of amended petition w/att aff. |
| 158 - 1 | 04/26/05 | DEF 1 Amendment to motion to vacate, set aside, or correct sentence (28:2255) (135-1). |
| 159 - 1 | 04/27/05 | [Re: DEF 1] AHB Order granting motion to allow one additional day for filing of amended petition (157-1). cc: AUSA, FPD |
| 160 - 1 | 05/18/05 | [Re: DEF 1] PLF 1 Unopposed motion for ext of time to 6/24 to file oppo to 28:2255 mot. |
| 160 - 2 | 05/19/05 | [Re: DEF 1] AHB Order granting Unopposed motion for ext of time to 6/24 to file oppo to 28:2255 motion (160-1). cc: cnsl |
| 161 - 1 | 05/25/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: cc: USA, FPD, Judge Singleton |
| 162 - 1 | 06/24/05 | PLF 1 opposition to DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (135-1) w/att exh. |
| 162 - 2 | 06/24/05 | [Re: DEF 1] PLF 1 motion to dismiss w/att exhs. |
| 163 - 1 | 07/14/05 | DEF 1 Unopposed motion for ext of time to oppos govt's motion to dismiss. |
| 164 - 1 | 07/15/05 | [Re: DEF 1] JDR Order granting unopposed motion for ext of time to 7/19 to oppos govt's motion to dismiss (163-1). cc: USA, FPD |
| 165 - 1 | 07/19/05 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion to dismiss (162-2) w/att exhs. |
| 166 - 1 | 08/22/05 | Initial R&R re: [Re: DEF 1] PLF 1 motion to dismiss (162-2); Recommemended be granted; Objections due NOON 09/09/05. Reply due NOON 09/16/05. cc: USA, FPD, Judge Singleton |
| 167 - 1 | 09/09/05 | DEF 1 objection to R&R re: [Re: DEF 1] PLF 1 motion to dismiss (162-2). |
| 168 - 1 | 09/16/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: [Re: DEF 1] PLF 1 motion to dismiss (162-2). |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A97-0065--CR (JKS)
                            "USA V HURIST JOUBERT"

                    In public format, for all filing dates

Document #   Filed      Docket text

  169 -    1  11/18/05  Final R&R re: [Re: DEF 1] PLF 1 motion to dismiss. Magistrate Judge
                        recommends the court grant the motion to dismiss (162-2).  cc: AUSA,
                        FPD, Judge Singleton

  170 -    1  12/01/05  [Re: DEF 1] JKS Order granting motion to dismiss petition (162-2). Clerk
                        is directed to enter judgment.  Court would deny a certificate of
                        appealability.  cc: ASUA, M. GEDDES, MJ ROBERTS

  171 -    1  12/01/05  [Re: DEF 1] JKS Judgment that def's application for post-conviction
                        relief pursuant to 28:2255 is dismissed with prejudice.  cc: AUSA, FPD,
                        MJ ROBERTS
```