Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff/Respondent,<br><br>　vs.<br><br>HURIST JOUBERT,<br><br>　　　　　　　Defendant/Petitioner. | Case No. 3:97-cr-0065-JKS<br><br>**MOTION TO TREAT THE TIMELY APPLICATION FOR A CERTIFICATE OF APPEALABILITY FILED IN THE COURT OF APPEALS AS THE NOTICE OF APPEAL FOR DISTRICT COURT PURPOSES** |

　　　　　Petitioner Hurist Joubert, through his counsel, Mary C. Geddes, Assistant Federal Defender, under the authority of Rule 4(d) of the Federal Rules of Appellate Procedure, respectfully asks this court to treat his timely application for certificate of appealability, filed in the circuit court of appeals, as the district court notice of appeal in the above-captioned case.  The following background should inform the court why this unusual relief is necessary and appropriate, on a *nunc pro tunc* basis.

　　　　　Mr. Joubert has been notified only today – February 27, 2006 – by means of mail, that his Application for a Certificate of Appealability (COA) to the Ninth Circuit Court of Appeals is returned.   Mr. Joubert's Application was physically received by the Court of Appeals on

December 9, 2005, according to the date stamp on its face. According to a handwritten note from a clerk, the Application was returned because there was no notice of appeal filed in the district court. Exhibit A.

The undersigned has since reviewed this court's order at docket 170, which directed the dismissal of Mr. Joubert's petition and anticipated his request for a COA. In the final sentence of the Order, the court stated, "If Joubert wishes to appeal the adverse judgment in this case he must seek a COA from a motions panel of the Ninth Circuit Court of Appeals within the time allowed to perfect an appeal." Dkt. 70 at 3 (excerpted as Exhibit B). This order and accompanying judgment was filed December 1, 2006. Following the direction of the district court, the undersigned did in fact prepare and file the requisite Application in the appellate court within eight, not 29 days.

By rule, however, there was another step required to perfect the appeal. Three months or so later, the undersigned does not have recall why no notice of appeal was filed, when that obviously was intended by Mr. Joubert, given his attorney's expedited filing of his motion for a certificate of appealability. In the moment, the undersigned may have misunderstood the court's direction or the process. The bottom line, however, is that the undersigned herself failed to contemporaneously file a notice of appeal in the district court, even though it was her client's wish to appeal and she had otherwise acted to preserve that right.

As already indicated, until today, Mr. Joubert (and counsel) was unaware of any problem or inadequacy in his filings, even though the Application was filed on December 9, 2005, and the notice of appeal would not have been due until January 2, 2006. Because there is no reason whatsoever for a petitioner to file an Application for a Certificate of Appealability other than in the context of an appeal, because Mr. Joubert's Application <u>was</u> expeditiously filed and received by the

Court of Appeals long in advance of the deadline for a Notice of Appeal, and because Mr. Joubert was wholly unaware of any deficiency, this court is respectfully requested to treat Mr. Joubert's filing as a timely notice of appeal in the district court as of the date the Application was filed, which was December 9, 2006.

DATED February 27, 2006, at Anchorage, Alaska.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes