> 02-23-06
>
> As of 02-23-06, per the district court docket sheet, no notice of appeal has been filed.
>
> *Sylvia McAlister*
> 415-556-9727

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DEC 0 9 2005

FILED _____
DOCKETED _____
DATE _____ INITIAL

...RT OF APPEALS

...RCUIT

| | |
|---|---|
| HURIST JOUBERT, | C.O.A. No. _____ |
| Petitioner/APPELLANT, | D. Ct. No. A97-0065 CR (JKS) |
| vs. | |
| UNITED STATES, | **APPLICATION FOR A CERTIFICATE OF APPEALABILITY** |
| Respondent/APPELLEE. | |

Petitioner, Hurist Joubert, by and through counsel, Mary C. Geddes, Assistant Federal Defender, moves this court for a certificate of appealability for the denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2253(c)(2). The district court previously has denied his motion for a certificate. The undersigned has attached the three pertinent court decisions to this application.

Exhibit A