UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>　　　　　Petitioner. | Case No. 3:97-cr-0065-JKS<br><br>**PROPOSED<br>ORDER ACCEPTING TIMELY FILED<br>APPLICATION FOR CERTIFICATE OF<br>APPEALABILITY AS A NOTICE OF<br>APPEAL** |

After due consideration of petitioner's Motion to Treat the Timely Application for a Certificate of Appealability Filed in the Court of Appeals as the Notice of Appeal for District Court Purposes, the order is GRANTED/DENIED. Petitioner's Application for a Certificate of Appealability, filed with the Ninth Circuit Court of Appeals on December 9, 2006, is hereby accepted as a timely-filed Notice of Appeal in this action, *nunc pro tunc*.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
James K. Singleton
United States District Court Judge