# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Hurist Joubert*
Case No. 3:97-cr-00065-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

      Hurist Joubert was convicted of certain drug offenses and sentenced to a term of imprisonment. His conviction was affirmed on appeal. Docket Nos. 74; 116. Joubert then brought an untimely petition pursuant to 28 U.S.C. § 2255, which was, ultimately, dismissed. Docket No. 171. In its Order of dismissal, the Court noted that even if the petition had been timely, it was frivolous in the sense that the grounds asserted for relief were foreclosed by existing Supreme Court and ninth circuit authority. Id. The Court therefore denied Joubert a certificate of appealability, but alerted him to the opportunity to seek a COA from the circuit court. Id. Joubert attempted to do so but was faulted for not simultaneously filing a notice of appeal in the District Court.

      He now asks to have this Court treat his petition for a COA in the ninth circuit as a notice of appeal in this Court so that a formal notice of appeal can be filed nunc pro tunc to the earlier date. Docket No. 172. While this Court remains convinced that any appeal Joubert files will be frivolous, it recognizes that he has the right to have a motions panel of the ninth circuit review that conclusion. The Court will therefore **GRANT** Joubert's Motion at **Docket No. 172.**

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: March 2, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.