Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner/Appellant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>       Respondent. | Case No. 3:97-cr-0065-JKS<br><br>NOTICE OF APPEAL |

    Please take notice that Petitioner Hurist Joubert, by and through counsel Mary C. Geddes, Assistant Federal Defender, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of the United States District Court for the District of Alaska dismissing with prejudice his Petition for a Writ of Habeas Corpus, 28 U.S.C. § 2254. **In an order at docket 173, dated March 3, 2006, the court has provided, NUNC PRO TUNC, that the Notice of Appeal be shown as filed on December 9, 2005.**

///

///

FILED this 3rd day of March, 2006.

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 3, 2006, a copy of the
foregoing document was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes