RECEIVED
MAR 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

6-35198

**CASE INFORMATION:**
Short Case Title: USA v. HURIST JOUBERT
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name: James K. Singleton, Jr.
U.S. District Court Case No.: 3:97-cr-00065-JKS   and 3:04-cv-00205-JKS
Date Complaint/Indictment/Petition Filed: 6/18/1997
Date Appealed Order/Judgment *entered*: 12/1/2005
Date NOA *filed*: 12/9/2005
COA Status (check one):
__granted in full (attach order)    _X_ denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: n/a           Date Docket Fee billed: _
Date FP granted: _                  Date FP denied: _
Is FP pending? __yes/no             Was FP Limited/Revoked?
US Government Appeal?  _n_ yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellee Counsel: | Appellant Counsel: |
|---|---|
| Audrey Renschen, SAUSA | Mary C. Geddes, AFPD |
| U.S. Attorney's Office | Federal Public Defender |
| 222 W. 7th Avenue, #9 | 550 W. 7th Avenue, Suite 1600 |
| Anchorage, AK 99513-7567 | Anchorage, AK 99501 |
| 907-271-5071 | 907-646-3400 |
| 907-271-3224 (fax) | 907-646-3408 (fax) |

__retained   __CJA   _x_ FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

Name and phone number of person completing this form:  Dan Maus  907-677-6123