Hurist Joubert
Reg. No. 13360-006
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378



RECEIVED
MAR 06 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>    Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**MOTION FOR<br>APPOINTMENT OF COUNSEL** |

Defendant, Hurist Joubert, moves for the appointment of counsel.

Defendant makes this request for the reasons that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this _28_ day of _February_, 2008.

_____
Hurist Joubert