Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>                 Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**MOTION FOR THIRTY DAY EXTENSION OF TIME** |

      Defendant, Hurist Joubert, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this honorable court for a thirty-day extension of time to file his petition in the above captioned case. His petition is currently due on May 26, 2008, and if this order is granted, it would be due on June 25, 2008. This is his first request. Counsel requires additional time to gather the documents relevant to his request for resentencing under the retroactive crack amendment.

      Government counsel has not been reached for her position as she is out of the office this week.

///

DATED this 21st day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 21, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes