UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>                  Defendant. | Case No. 3:97-cr-0065 JKS<br><br>**ORDER GRANTING TIME** |

      After due consideration of defendant's Motion For Thirty Day Extension of Time, the court GRANTS the motion. Defendant shall have until June 25, 2008, within which to file his petition for resentencing under the crack cocaine amendment. The government shall have 60 days within which to respond to defendant's petition, and defendant shall have 30 days from service of the government's response to file his reply. The hearing scheduled August 27, 2008, at 11:00 a.m. is VACATED.

      DATED this 30th day of May 2008, in Anchorage, Alaska.

                                              /s/James K. Singleton, Jr.
                                              James K. Singleton, Jr.
                                              United States District Court Judge