Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HURIST JOUBERT,<br><br>　　　　　　Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**UNOPPOSED MOTION<br>TO ACCEPT LATE-FILED<br>MOTION TO REDUCE SENTENCE**,<br>*Filed on Shortened Time* |

　　　　　Defendant Jurist Joubert, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this motion, asking that the Court accept his Motion to Reduce one day late.  The motion was due yesterday.  Assistant United States Attorney Audrey Renschen does not oppose.  Counsel delayed the filing of this Motion because she was waiting for some additional information relevant to this application.

///

///

///

///

DATED this 26th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on June 26, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes