UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>　　　　　　Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**PROPOSED**<br>**ACCEPTING LATE-FILED**<br>**MOTION TO REDUCE SENTENCE** |

After due consideration of defendant's Unopposed Motion to Accept Late-Filed Motion to Reduce Sentence, filed on Shortened Time, the court GRANTS the motion. Defendant shall files his Motion to Reduce Sentence forthwith.

DATED this ____ day of _____, 2008, in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge