UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>　　　　　　Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**ORDER<br>ACCEPTING LATE-FILED<br>MOTION TO REDUCE SENTENCE** |

　　　　After due consideration of defendant's Unopposed Motion to Accept Late-Filed Motion to Reduce Sentence, filed on Shortened Time (Docket No. 185), the court GRANTS the motion. Defendant shall files his Motion to Reduce Sentence forthwith.

　　　　DATED this 27th day of June 2008, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Court Judge