UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>             Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**PROPOSED<br>ORDER SCHEDULING<br>RE-SENTENCING** |

After due consideration of defendant's of defendant's Motion to Reduce Sentence, a hearing for re-sentencing is set for _____, 2008, at _____ a.m./p.m.  The defendant is directed to participate by telephone by calling (907) _____ at the time of the hearing.

DATED this \_\_\_\_ day of _____, 2008, in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge