UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>HURIST JOUBERT,<br><br>                    Defendant. | Case No. 3:97-cr-0065-JKS<br><br>**PROPOSED<br>ORDER REDUCING SENTENCE** |

After due consideration of defendant's Motion to Reduce Sentence, the court GRANTS the motion. Mr. Joubert's sentence is reduced to _____ months.

DATED this ____ day of _____, 2008, in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge