NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HURIST JOUBERT,<br><br>Defendant. | ) Case No.  3:97-cr-00065-JKS<br>)<br>) **GOVERNMENT'S UNOPPOSED**<br>) **MOTION TO EXTEND TIME TO**<br>) **RESPOND TO DEFENDANT'S**<br>) **MOTION FOR REDUCTION OF**<br>) **SENTENCE PURSUANT TO**<br>) **18 U.S.C. § 3582(c)**<br>)<br>) <u>**FILED ON SHORTENED TIME**</u><br>) |

Plaintiff United States of America, through its counsel of record, Assistant United States Attorney Audrey Renschen, hereby files a motion to extend the time to file the United States' opposition to defendant Joubert's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) by 30 days.  The government's

opposition is currently due on August 25, 2008. The government's motion to extend time to file its opposition is unopposed. The undersigned is presently out of state and additional time is necessary to allow the government's undersigned counsel sufficient time to respond to the defendant's motion for reduction of sentence.

RESPECTFULLY submitted this 20th day of August, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008 a copy of the foregoing, was served, via Electronic Filing, on:

Mary Geddes

s/Audrey J. Renschen