IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.3:97-cr-00065-JKS |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) **GRANTING MOTION TO** |
| | ) **EXTEND TIME TO RESPOND** |
| HURIST JOUBERT, | ) **TO DEFENDANT'S MOTION** |
| | ) **FOR REDUCTION OF** |
| Defendant. | ) **SENTENCE PURSUANT TO** |
| | ) **18 U.S.C. § 3582(c)** |

Having considered the motion filed by the United States to Extend Time to Respond to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c) for 30 Days in the above-captioned case, IT IS HEREBY ORDERED that the Government's response is due on September 25, 2008.

IT IS SO ORDERED.

Dated: August 20, 2008.      /s/James K. Singleton, Jr.
                              United States District Court Judge